**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IGNACIO COTTO, JR. ,

       Plaintiff,

v.                                        Case No:   6:13-cv-772-Orl-40TBS

NOTTER SCHOOL OF CULINARY
ARTS, LLC, BEVERLY L. KARSHNER
and EWALD NOTTER,

       Defendants.

**ORDER**

This cause is before the Court on Joint Motion to Approve Settlement Agreement (Doc. 54) filed on September 30, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 6, 2014 (Doc. 59), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Settlement Agreement is hereby **DENIED without prejudice**.

3. The Parties are **DIRECTED** to explain the evolution of Plaintiff's damage claim from his answers to the Court's interrogatories to the present.

4. The Plaintiff's release of Notter **SHALL** be limited to the FLSA, Florida Minimum Wage Act, and section 27, Article 10 of the Constitution of the State of Florida.

5. The parties are **DIRECTED** to comply with <u>Bonetti</u>, or alternatively, that Plaintiff's counsel file his billing records for review by the Court.

**DONE** and **ORDERED** in Orlando, Florida on October 27, 2014.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties