# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IGNACIO COTTO, JR.,

    Plaintiff,

v.                                    Case No:   6:13-cv-772-Orl-40TBS

EWALD NOTTER,

    Defendant.

## ORDER

This cause is before the Court on Plaintiff Ignacio Cotto, Jr., and Defendant Ewald Notter's Amended Joint Motion to Approval Settlement (Doc. No. 65) filed on October 29, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 4, 2014 (Doc. 66), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Joint Motion to Approval Settlement (Doc. 65) is hereby **GRANTED**.

3. The case is **DISMISSED WITH PREJUDICE**.

4. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Orlando, Florida on November 24, 2014.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties